IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JORDY MIGUEL GUZMAN-CEDANO<br>Defendant | CRIMINAL 07-0048CCC |

O R D E R

Having considered the Report and Recommendation filed on April 30, 2007 (docket entry 19) on a Rule 11 proceeding of defendant Jordy Miguel Guzman-Cedano held before Magistrate Judge Marcos E. Lopez on April 25, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Jordy Miguel Guzman-Cedano is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 25, 2007. The sentencing hearing is set for July 26, 2007 at 4:30 p.m.

SO ORDERED.

At San Juan, Puerto Rico, on May 7, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge